FILED

06/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0232

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 22-0232

KRISTOPHER GENE LEHTO,

Petitioner,

v.

LT. JASON VALDEZ,

Respondent.

## GRANT OF EXTENSION

Upon consideration of Respondent's motion for a 7-day extension of time, and good cause appearing therefor, Respondent is granted an extension of time to and including July 23, 2022, within which to prepare, file, and serve its response to the petition.

**CH**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 14 2022